

**NUMBER 13-14-00562-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**DEREK SMITH,**                                            **Appellant,**

**v.**

**JANET DENISE HOWARD,**                          **Appellee.**

---

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Derek Smith, appealed a judgment entered by the County Court at Law No. 5 of Nueces County, Texas. On October 20, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to the notice from the Clerk or paid the $195.00 filing fee.
*See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the 13th
day of November, 2014.

2